■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRANT POOLE, Appellant.— Appeal from an order of the Supreme Court, Kings County, dated June 22, 1967, dismissed. An order denying a motion for resentence is not appealable (*People* v. *Holmes,* 27 A D 2d 843). However, we have examined the record and considered defendant's contention; and, if we were not dismissing the appeal, we would have affirmed the order (*People* v. *Wilson,* 17 N Y 2d 40). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARION JOSEPH SCOTT, Appellant.— Judgment of the Supreme Court, Queens County, rendered July 12, 1967, reversed, on the law, and new trial ordered. The findings of fact below are affirmed. In our opinion, the improper remarks by the prosecutor require a new trial in the interests of justice (cf. *People* v. *Mirenda,* 23 N Y 2d 439). Christ, Acting P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.